HAGER et al. v. LOUISVILLE NATIONAL BANKING CO.

(Circuit Court of Appeals, Sixth Circuit. January 22, 1908.)

Nos. 1,689–1,703.

Appeals from the Circuit Court of the United States for the Eastern District of Kentucky.

Bills by the Louisville National Banking Company, the Southern National Bank, the Union National Bank, the National Bank of Kentucky, the State National Bank, the Henderson National Bank, the First National Bank, the Citizens' National Bank, the Clark County National Bank, the City National Bank, the Fayette National Bank of Lexington, the Lexington City National Bank, the Farmers' & Traders' National Bank of Covington, the First National Bank of Covington, and the German National Bank against S. W. Hager and others. Decrees for complainants, and defendants appeal. Reversed and remanded.

J. W. Ray, for appellants.
James Helm, for appellees.

Before LURTON and RICHARDS, Circuit Judges, and McCALL, District Judge.

PER CURIAM. The question in these cases is identical with that decided in S. W. Hager et al. v. American National Bank, 159 Fed. 396, wherein an opinion has this day been handed down. Upon the authority of that opinion, the decrees in these cases will be reversed, and the causes remanded, with directions to dismiss the bills.